IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ROSHAN BHAKTA, ) | |
| ) | Civil Action No. 3:23-cv-00933 |
| Plaintiff, ) | |
| ) | *Judge Eli J. Richardson* |
| v. ) | |
| ) | *Magistrate Judge Barbara D. Holmes* |
| FCA US LLC, ) | |
| d/b/a JEEP, ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Roshan Bhakta ("Bhakta" or "Plaintiff") and Defendant FCA US, LLC ("FCA") respectfully notify this Court that the parties have reached a settlement in principle in this case and are currently finalizing the settlement papers for execution. Accordingly, there is no need for the Court to rule on the pending motions in this case while the parties work to finalize their agreement. The parties expect to submit further papers resolving this proceeding in due course consistent with the terms of their agreement.

Respectfully submitted,

*/s/ Michael C. Tackeff*
J. Gerard Stranch, BPR No. 23045
Isaac U. Kimes, BPR No. 031191
Michael C. Tackeff, BPR No. 036953
Stranch, Jennings & Garvey PLLC
223 Rosa L. Parks Blvd., Suite 200
Nashville, TN 37203
Office: 615-254-8801
Fax: 866-782-8820
gstranch@stranchlaw.com
ikimes@stranchlaw.com
mtackeff@stranchlaw.com
*Attorneys for Plaintiff*

/s/ Jimmy Brady (by MCT with permission)
Thomas E. Bazemore , III
Gordon J. Brady, III, BPR 036493
Huie, Fernambucq & Stewart, LLP
3291 US Highway 280, Suite 200
Birmingham, Alabama 35243
jbrady@huielaw.com
tbazemore@huielaw.com
Phone: (205) 251-1193
Fax: (205) 251-1256
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify on December 8, 2025, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Defendants' counsel of record as follows:

      Gordon J. Brady, III, BPR 036493
      Huie, Fernambucq & Stewart, LLP
      3291 us Highway 280, Suite 200
      Birmingham, Alabama 35243
      jbrady@huielaw.com
      Phone: (205) 251-1193
      Fax: (205) 251-1256
      *Counsel for Defendant*

This 8th day of December 2025.

        */s/ Michael Tackeff*
      Michael Tackeff